| | |
|---|---|
| 1 | **LEVIN SIMES KAISER & GORNICK LLP** |
| | Jeffrey A. Kaiser (State Bar No. 160594) |
| 2 | Jessica Biernier (State Bar No. 239831) |
| | 44 Montgomery Street, 36th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 646-7160 |
| 4 | Facsimile:  (415) 981-1270 |
| | E-mail:      jkaiser@lskg-law.com |
| 5 |                      jbiernier@lskg-law.com |
| 6 | Attorneys for Plaintiffs |
| | GERALDINE BURTON, MARK BURTON |
| 7 | and BLAINE BURTON |
| 8 | **BRYAN CAVE LLP** |
| | Robert E. Boone III (State Bar No. 132780) |
| 9 | Amy M. Gantvoort (State Bar No. 227294) |
| | 120 Broadway, Suite 300 |
| 10 | Santa Monica, California 90401-2386 |
| | Telephone: (310) 576-2100 |
| 11 | Facsimile:  (310) 576-2200 |
| | E-mail:      reboone@bryancave.com |
| 12 |                      amy.gantvoort@bryancave.com |
| 13 | Attorneys for Defendant |
| | McDONNELL DOUGLAS CORPORATION |
| 14 | |
| 15 | **PERKINS COIE LLP** |
| | Ronald McIntire (State Bar No. 127407) |
| | Bo Kim (State Bar No. 217394) |
| 16 | 1620 26th Street, 6th Floor |
| | Santa Monica, California 90404 |
| 17 | Telephone: (310) 788-9900 |
| | Facsimile:  (310) 788-3399 |
| 18 | E-mail:      RMcIntire@perkinscoie.com |
| |                      BKim@perkinscoie.com |
| 19 | |
| | Attorneys for Defendant |
| 20 | THE BOEING COMPANY |
| 21 | **TUCKER ELLIS & WEST LLP** |
| | Lillian Ma (State Bar No. 210103) |
| 22 | Brian T. Clark (State Bar No. 184003) |
| | One Market, Stuart Tower, Suite 1300 |
| 23 | San Francisco, California 94105 |
| | Telephone: (415) 617-2400 |
| 24 | Facsimile:  (415) 617-2409 |
| | E-mail:      lillian.Ma@TuckerEllis.com |
| 25 |                      brian.Clark@tuckerellis.com |
| 26 | Attorneys for Defendant |
| | UNITED TECHNOLOGIES CORPORATION fka |
| 27 | PRATT & WHITNEY, INC. |
| 28 | |

|   |   |
|---|---|
| GERALDINE BURTON, individually and as personal representative to the estate of HAROLD BURTON, decedent; BLAINE BURTON, MARK BURTON and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. CV 07-0702 SI<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: May 11, 2007<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

This Stipulation to Continue the Case Management Conference ("Stipulation") is entered into by plaintiffs Geraldine Burton, Mark Burton and Blaine Burton (collectively, "Plaintiffs") and defendants McDonnell Douglas Corporation, The Boeing Company and United Technologies Corporation (collectively, "Defendants"), for themselves and no other defendants, through their respective counsel of record.  This Stipulation is entered into with reference to the following facts:

1. On February 2, 2007, Defendants, each individually, removed this consolidated asbestos personal injury and wrongful death action to this Court on "federal officer" grounds pursuant to 28 U.S.C. section 1442(a)(1).

2. On February 7, 2007, the Court set the initial case management conference for May 11, 2007.

3. On March 2, 2007, Plaintiffs filed a motion to remand this action to the San Francisco Superior Court.  The parties have fully briefed the issues in support of and in opposition to the motion to remand.  The motion was originally noticed to be heard on April 6, 2007, but the parties agreed to continue the hearing until April 20, 2007.  On March 9, 2007, the Clerk of the Court issued notice continuing the hearing until May 4, 2007.

4. On March 8, 2007, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Conditional Transfer Order ("CTO") to transfer the action to Multidistrict Litigation Docket No. 875 – In re Asbestos Products Liability Litigation (No. VI) ("MDL 875") in the Eastern District of Pennsylvania for consolidated pre-trial proceedings.

5. On March 23, 2007, Defendant McDonnell Douglas Corporation filed a motion to temporarily stay this action pending its transfer to MDL 875. The parties have fully briefed the issues in support of and in opposition to the motion to temporarily stay the action. This motion was originally noticed to be heard on April 27, 2007, but the hearing was continued by the Court until May 4, 2007.

6. On March 23, 2007, Plaintiffs filed a Notice of Opposition to the CTO and later filed a Motion to Vacate the Conditional Transfer Order on April 9, 2007. Defendant McDonnell Douglas Corporation filed its Response to Plaintiffs' Motion to Vacate on April 26, 2007. Plaintiffs' motion to vacate is scheduled for hearing by the Panel on May 31, 2007.

7. Plaintiffs and Defendants jointly agree that it is premature, and would not be prudent nor efficient, to presently address the various agenda items listed in the Court's Case Management Order and conduct the case management conference until the fundamental issues of jurisdiction and venue are resolved by the pending motions in this Court and before the Panel.

In light of the foregoing,

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The CMC shall be continued from May 11, 2007 to June 18, 2007, at 2:00 p.m.

2. The Joint Case Management Statement shall be filed and served no later than June 11, 2007.

Respectfully submitted,

Dated: May 2, 2007

**LEVIN SIMES KAISER & GORNICK LLP**
JEFFREY KAISER
JESSICA BIERNIER

By: ___/s/___
    Jessica Biernier

Attorneys for Plaintiffs
GERALDINE BURTON, MARK BURTON
and BLAINE BURTON

Dated: May 2, 2007

**BRYAN CAVE LLP**
ROBERT E. BOONE III
AMY M. GANTVOORT

By: ___/s/___
    Amy M. Gantvoort

Attorneys for Defendant
McDonnell Douglas Corporation

Dated: May 2, 2007

**PERKINS COIE LLP**
RONALD McINTIRE
BO KIM

By: ___/s/___
    Bo Kim

Attorneys for Defendant
THE BOEING COMPANY

Dated: May 2, 2007

**TUCKER ELLIS & WEST LLP**
LILLIAN MA
BRIAN CLARK

By: ___/s/___
    Lillian Ma

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION
fka PRATT & WHITNEY, INC.

4

## **ORDER**

1. Based upon the foregoing, and finding good cause therefor, it is hereby ORDERED that:

   The Case Management Conference is continued to __June 22, 2007__ at 2:00 p.m. in Department 10 before the Honorable Judge Susan Illston.

   It is further ordered that the Joint Case Management Statement, addressing all agenda items listed in the Court's Case Management Order, be filed on ___June 15, 2007___.

   IT IS SO ORDERED.

   DATED:_____        _____
                               UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07-0702 SI
STIPULATION TO CONTINUE CMC AND
[PROPOSED] ORDER