1 | **LEVIN SIMES KAISER & GORNICK LLP**
Jeffrey A. Kaiser (State Bar No. 160594)
2 | Jessica Biernier (State Bar No. 239831)
44 Montgomery Street, 36th Floor
3 | San Francisco, California 94104
Telephone: (415) 646-7160
4 | Facsimile: (415) 981-1270
E-mail:     jkaiser@lskg-law.com
5 |            jbiernier@lskg-law.com

6 | Attorneys for Plaintiffs
GERALDINE BURTON, MARK BURTON
7 | and BLAINE BURTON

8 | **BRYAN CAVE LLP**
Robert E. Boone III (State Bar No. 132780)
9 | Amy M. Gantvoort (State Bar No. 227294)
120 Broadway, Suite 300
10 | Santa Monica, California 90401-2386
Telephone: (310) 576-2100
11 | Facsimile: (310) 576-2200
E-mail:     reboone@bryancave.com
12 |            amy.gantvoort@bryancave.com

13 | Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION
14 |

15 | **PERKINS COIE LLP**
Ronald McIntire (State Bar No. 127407)
Bo Kim (State Bar No. 217394)
16 | 1620 26th Street, 6th Floor
Santa Monica, California 90404
17 | Telephone: (310) 788-9900
Facsimile: (310) 788-3399
18 | E-mail:     RMcIntire@perkinscoie.com
BKim@perkinscoie.com
19 |

20 | Attorneys for Defendant
THE BOEING COMPANY

21 | **TUCKER ELLIS & WEST LLP**
Lillian Ma (State Bar No. 210103)
22 | Brian T. Clark (State Bar No. 184003)
One Market, Stuart Tower, Suite 1300
23 | San Francisco, California 94105
Telephone: (415) 617-2400
24 | Facsimile: (415) 617-2409
E-mail:     lillian.Ma@TuckerEllis.com
25 |            brian.Clark@tuckerellis.com

26 | Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION fka
27 | PRATT & WHITNEY, INC.

28 |

CV07-0703 SI
STIPULATION TO CONTINUE CMC AND
[PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALDINE BURTON, individually and as personal representative to the estate of HAROLD BURTON, decedent; BLAINE BURTON, MARK BURTON and DOES ONE through TEN, inclusive,<br><br>          Plaintiffs,<br><br>          vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>          Defendants. | Case No. C 07-0702 SI<br>(related to Case No. C 07-00703 SI, C 07-00712 SI)<br><br>**STIPULATION TO CONSOLIDATE CASES AND [PROPOSED ORDER]**<br><br>Date:    May 11, 2007<br>Time:    2:00 p.m.<br>Dept.:   Courtroom 10, 19th Floor |

This Stipulation to Consolidate case numbers C 07-00702, C 07-00703, and C 07-00712 ("Stipulation") is entered into by plaintiffs Geraldine Burton, Mark Burton and Blaine Burton (collectively, "Plaintiffs") and defendants McDonnell Douglas Corporation, The Boeing Company and United Technologies Corporation (collectively, "Defendants"), for themselves and no other defendants, through their respective counsel of record. This Stipulation is entered into with reference to the following facts:

1.     On February 2, 2007, Defendants, each individually, removed this consolidated asbestos personal injury and wrongful death action to this Court on "federal officer" grounds pursuant to 28 U.S.C. section 1442(a)(1).

2.     Defendant McDonnell Douglas Corporation was assigned case number C 07-00702; Boeing was assigned C 07-00712; and United Technologies was assigned C 07-00703.

3.     On February 15, 2007 Judge Illson ordered that all three cases be related to C 07-00702.

4.     All parties believed and intended that all motions filed thereafter under case number C 07-00702 applied to all three case numbers.

5.      Plaintiffs and Defendants jointly agree that each motion filed under case number C 07-00702 shall apply to case numbers C 07-00703 and C 07-00712.

6.      Plainitffs and Defendants jointly agree that each order issued under any case number shall apply to all three cases.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1.      All motions previously filed under case number C 07-00702 apply to case numbers C 07-00703 and C 07-00712.

2.      All orders issued under case number C 07-00702 shall and will apply to case numbers C 07-00703 and C 07-00712.

Respectfully submitted,

Dated:  May 2, 2007          **LEVIN SIMES KAISER & GORNICK LLP**
                            JEFFREY KAISER
                            JESSICA BIERNIER

                            By:  _____/s/_____
                                    Jessica Biernier

                            Attorneys for Plaintiffs
                            GERALDINE BURTON, MARK BURTON
                            and BLAINE BURTON

Dated:  May 2, 2007          **BRYAN CAVE LLP**
                            ROBERT E. BOONE III
                            AMY M. GANTVOORT

                            By:  _____/s/_____
                                    Amy M. Gantvoort

                            Attorneys for Defendant
                            McDonnell Douglas Corporation

Dated:  May 2, 2007          **PERKINS COIE LLP**
                            RONALD McINTIRE
                            BO KIM

                            By:  _____/s/_____
                                    Bo Kim

                            Attorneys for Defendant
                            THE BOEING COMPANY

Dated: May 2, 2007          **TUCKER ELLIS & WEST LLP**
                            LILLIAN MA
                            BRIAN CLARK

                            By:  _____/s/_____
                                    Lillian Ma

                            Attorneys for Defendant
                            UNITED TECHNOLOGIES CORPORATION
                            fka PRATT & WHITNEY, INC.

## <u>ORDER</u>

Based upon the foregoing, and finding good cause therefor, it is hereby ORDERED that:

All motions previously filed under case number C 07-00702 apply to case numbers C 07-00703 and C 07-00712.

All orders issued under case number C 07-00702 shall and will apply to case numbers C 07-00703 and C 07-00712.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____         _____

                               Honorable Susan Illston
                               UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28