

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Geraldine Burton, et al. v. A.W. Chesterton Co., et al.*, N.D. California,
C.A. No. 3:07-702 SI

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 31, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Burton*) on March 8, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Burton* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Burton* was remanded to the San Francisco Superior Court, California, by the Honorable Susan Illston in an order filed on May 7, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-275" filed on March 8, 2007, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 12, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY

MAY 1 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION